UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN LOUIS NELSON,<br><br>Defendant. | CASE NO. CR03-304C<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 23, 2005. The United States was represented by Bruce Miyake. The defendant was represented by William Palmer. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Possession of Stolen Mail on or about December 12, 2003. The Hon. John C. Coughenour of this court sentenced Defendant to 24 months confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Kathi Stringer for Burton Maroney alleged that Defendant violated the conditions of supervised release in three respect(s):

PROPOSED FINDINGS
PAGE -1-

(1) Committing a federal, state or local crime in violation of his general conditions of supervised release.

(2) Failing to notify the probation officer at least ten days prior to any change in residence or employment in violation of standard condition number 6 of his supervised release.

(3) Failing to notify the probation officer withing seventy-two hours of being arrested or questioned by a law enforcement officer in violation of standard condition number 11 of his supervised release.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations numbered one through three, waived any hearing as to whether it occurred, and, consented to having the matter set for a disposition hearing before the Hon. John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 1st day of December, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

cc:   Sentencing Judge         :   Hon. John C. Coughenour
      Assistant U.S. Attorney  :   Bruce Miyake
      Defense Attorney         :   William Palmer
      U. S. Probation Officer  :   Bruce Maroney

PROPOSED FINDINGS
PAGE -2-